DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**JAMELL DEMONS,**
Appellee.

No. 4D2024-0420

[October 15, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 23-10594CF10A.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellant.

Carey Haughwout of Law Office of Carey Haughwout, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Demons,* No. 4D2024-0248 (Fla. 4th DCA Oct. 15, 2025).

GROSS and GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***